UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN GARDENS, INC., VIPER INVESTMENTS, L.L.C., JOHN F. FAYARD, JR. and OTIS W. FAVRET, JR. | * * * * | CIVIL ACTION<br><br>NO. 07-7965 |
| versus | * * | SECTION "R" |
| STATE FARM GENERAL INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY | * * * * | MAGISTRATE 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' WITNESS LIST

NOW COME plaintiffs, Pontchartrain Gardens, Inc. and Viper Investments, L.L.C., who, pursuant to this Court's trial preparation and procedures order provide the following list of witnesses who plaintiffs intend to call at trial in their case in chief:

1. Jack Fayard

2. Otis Favret

3. Patrick Heffley

4. Mike Zemke

5. Bubby Lewis

6. Joe Ben Fortson

7. Rod Jerkins

8. Charles Wigley

9. Chris Trimble

10. Neil May

11. Tom Dilday

12. John Goddard

13. Representative of State Farm Insurance Company to testify regarding the handling of this claim, believed to be Chris Lapinskie

Respectfully submitted,

_____
**EDWARD F. DOWNING, III** (Bar #1339)
**BRIAN J. HOUGHTALING** (Bar #30258)
**Gauthier, Houghtaling & Williams, LLP**
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
EDWARD F. DOWNING, III

2