UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PONTCHARTRAIN GARDENS, INC., VIPER INVESTMENTS, L.L.C., JOHN F. FAYARD, JR., AND OTIS W. FAVRET, JR.,<br><br>Plaintiffs<br><br>VERSUS<br><br>STATE FARM GENERAL INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY INSURANCE COMPANY<br><br>Defendant | CIVIL ACTION<br><br>NO. 07-7965<br><br>SECTION "R" (1)<br><br>JUDGE VANCE<br><br>MAGISTRATE SHUSHAN |

**STATE FARM FIRE AND CASUALTY COMPANY'S
SECOND AMENDED WITNESS AND EXHIBIT LIST**

Defendant State Farm Fire and Casualty Company ("State Farm"), appearing herein through undersigned counsel, submits the following Witness and Exhibit Lists.

I. WITNESS LIST

State Farm may call the following witnesses at trial:

1. John F. Fayard, Plaintiff. Mr. Fayard may testify regarding the claims asserted in this case including but not limited to any damages to the property, claims for loss of business opportunity, the transfer of the property and insurance proceeds, the subsequent sale of the property, State

958026v.1

       Farm's adjustment of the claim, repairs made to the property and the estimates for repairs.

2.   Otis W. Favret, Plaintiff. Mr. Favret may testify regarding the claims asserted in this case including but not limited to any damages to the property, claims for loss of business opportunity, the transfer of the property and insurance proceeds, the subsequent sale of the property, State Farm's adjustment of the claims, repairs made to the property and the estimates for repairs.

3.   Rob Foley of Rob Foley and Associates, expert witness. Mr. Foley may testify regarding the damage to Plaintiffs' property, the reasonable and necessary costs to repair same, all matters set forth in his report, and in rebuttal to Plaintiffs' expert testimony regarding damage, repairs, the cost of same. Mr. Foley may be contacted through State Farm's counsel.

4.   Chris Trimble, Renfroe and Associates. Mr. Trimble, an independent adjuster who worked on this claim for State Farm, may testify as to the handling of the Plaintiffs' property damage claim following Hurricane Katrina.

5.   Neil May, State Farm claims representative. Mr. May may testify regarding State Farm's handling of the Plaintiffs' property damage and business interruption claims following Hurricane Katrina. Mr. May may be contacted through State Farm's counsel.

6.   Tom Dilday, State Farm claims representative. Mr. Dilday may testify regarding State Farm's handling of the Plaintiffs' property damage and business interruption claims following Hurricane Katrina. Mr. Dilday may be contacted through State Farm's counsel.

7.   Daniel Ortega, State Farm claims representative. Mr. Ortega may testify regarding State Farm's handling of the Plaintiff's property damage and business interruption claims following Hurricane Katrina. Mr. Ortega may be contacted through State Farm's counsel.

8.   David Connelly, State Farm claims representative. Mr. Connelly may testify regarding State Farm's handling of the Plaintiff's property damage and business interruption claims following Hurricane Katrina. Mr. Connelly may be contacted through State Farm's counsel.

9.   Jim Cheng, State Farm claims representative. Mr. Cheng will testify regarding State Farm's handling of the Plaintiffs' property damage and business interruption claims following Hurricane Katrina. Mr. Cheng may be contacted through State Farm's counsel.

10.   John Goddard, State Farm claims representative. Mr. Goddard may testify regarding State Farm's handling of the Plaintiff's property damage and

958026v.1

business interruption claims following Hurricane Katrina. Mr. Goddard may be contacted through State Farm's counsel.

11. Charlie Mesterharm, Eberl's. Mr. Mesterharm, an independent adjuster who worked on this claim for State Farm, may testify as to the handling of the Plaintiffs' property damage claim following Hurricane Katrina.

12. Stanley Pore, Gulf Coast Claims Recovery. Mr. Pore, a public adjuster, may testify regarding his retention by Viper Investments, his interactions with State Farm on behalf of Viper Investments, and all other aspects of his work with Viper Investments and/or Pontchartrain Gardens following Hurricane Katrina.

13. Alan Porco, Gulf Coast Claims Recovery. Mr. Porco, a public adjuster, may testify regarding his retention by Viper Investments, his interactions with State Farm on behalf of Viper Investments, and all other aspects of his work with Viper Investments and/or Pontchartrain Gardens following Hurricane Katrina.

14. Joe Ben Forston. Mr. Forston, the previous owner of Pontchartrain Gardens, may testify regarding the prior condition of the property, the adjustment of the Hurricane Katrina claim by State Farm, and the sale of the property, the insurance proceeds, and the corporate shares of Pontchartrain Gardens.

15. Erik Winston, Westchester Apartments. Mr. Winston may testify regarding the current condition of the property and the repairs made to the property following its purchase by Westchester Apartments.

16. Bill Hefley, Slidell Roofing. Mr. Hefley may testify regarding the condition of the roofs after Hurricane Katrina and any repairs made thereto.

17. Bubby Lewis, Lewis Air Conditioning. Mr. Lewis may testify regarding the condition of the HVAC system after Hurricane Katrina and any repairs made thereto.

18. Mike Zemke, Zemke Electric. Mr. Zemke may testify regarding the condition of the electrical system after Hurricane Katrina and any repairs made thereto.

19. Alfred Rhody Blossman and/or William Miles, Miles Appraisal Group. A representative from the Miles Appraisal Group may testify regarding the appraisals conducted on the value of the property.

20. Chris Lapinskie, State Farm representative. Mr. Lapinskie may testify regarding State Farm's handling of the Plaintiffs' property damage claims following Hurricane Katrina. Mr. Lapinskie may be contacted through State Farm's counsel.

958026v.1

21. Peter McEnery, Murphy, McEnery and Co. Mr. McEnery may testify to evaluate and/or rebut the conclusions of Plaintiffs' expert witnesses Alfred Blossman and William Miles of Miles Appraisal Group.

22. Any witness listed or called by Plaintiffs.

23. Any witness necessary for impeachment purposes or rebuttal.

24. Any person identified in subsequent discovery.

As discovery is ongoing, State Farm reserves the right to amend and supplement this list. State Farm further reserves the right to amend and supplement this list subject to a further ruling by the Court on any dispositive motions filed by State Farm pursuant to the Scheduling Order issued by the Court.

EXHIBIT LIST

State Farm may introduce the following exhibits at trial:

1. State Farm apartment policy number 98-27-1617-7 and associated underwriting file for the property at 111 Westchester Boulevard, Louisiana, bearing Bates Nos. SFPONTCHARTRAIN02561-02615;

2. State Farm flood policy number 98-11-2849-5 and associated underwriting file for the property at 111 Westchester Boulevard, Building 1, Louisiana, bearing Bates No. SFPONTCHARTRAIN00494-00547;

3. State Farm flood policy number 98-11-2851-9 and associated underwriting file for the property at 111 Westchester Boulevard, Building 2, Louisiana, bearing Bates No. SFPONTCHARTRAIN00548-00602;

4. State Farm flood policy number 98-RL-9800-1 and associated underwriting file for the property at 111 Westchester Boulevard, Building 3, Louisiana, bearing Bates No. SFPONTCHARTRAIN00603-00653;

5. State Farm flood policy number 98-11-2852-1 and associated underwriting file for the property at 111 Westchester Boulevard, Building 4, Louisiana, bearing Bates No. SFPONTCHARTRAIN00654-00708;

6. State Farm flood policy number 98-11-2843-3 and associated underwriting file for the property at 111 Westchester Boulevard, Building 5, Louisiana, bearing Bates No. SFPONTCHARTRAIN00709-00762;

958026v.1

7. State Farm flood policy number 98-11-2847-1 and associated underwriting file for the property at 111 Westchester Boulevard, Building 6, Louisiana, bearing Bates No. SFPONTCHARTRAIN00763-00816;

8. The non-privileged portion of the apartment claim file, claim number 18-R311-071, for insured property located at 111 Westchester Boulevard, Slidell, Louisiana, bearing Bates Nos. SFPONTCHARTRAIN00817-02560;

9. The non-privileged portion of the flood claim file, claim number 18-R311-094, for insured property located at 111 Westchester Boulevard, Slidell, Louisiana, Building 1, bearing Bates No. SFPONTCHARTRAIN00085-00168;

10. The non-privileged portion of the flood claim file, claim number 18-R311-099, for insured property located at 111 Westchester Boulevard, Slidell, Louisiana, Building 2, bearing Bates No. SFPONTCHARTRAIN00169-00252;

11. The non-privileged portion of the flood claim file, claim number 18-R311-106, for insured property located at 111 Westchester Boulevard, Slidell, Louisiana, Building 3, bearing Bates No. SFPONTCHARTRAIN00339-00429;

12. The non-privileged portion of the flood claim file, claim number 18-R311-103, for insured property located at 111 Westchester Boulevard, Slidell, Louisiana, Building 4, bearing Bates No. SFPONTCHARTRAIN00253-00338;

13. The non-privileged portion of the flood claim file, claim number 18-R311-092, for insured property located at 111 Westchester Boulevard, Slidell, Louisiana, Building 5, bearing Bates No. SFPONTCHARTRAIN00001-00084;

14. The non-privileged portion of the flood claim file, claim number 18-R311-089, for insured property located at 111 Westchester Boulevard, Slidell, Louisiana, Building 6, bearing Bates No. SFPONTCHARTRAIN00430-00493;

15. Report of Rob Foley of Rob Foley and Associates, and any documents referred to or relied upon therein;

16. Résumé of Rob Foley;

17. Report of Rod Jerkins of Professional Loss Consultants, and any documents referred to or relied upon therein;

958026v.1

18. Any communications between State Farm and Plaintiffs, Stanley Pore, or Joe Ben Fortson;

19. Any checks paid to any party by State Farm;

20. Xactimate estimates corresponding to payments made, including business loss documents and wind damage payments submitted by owners;

21. Photographs of property at 111 Westchester Boulevard, Slidell, Louisiana, taken at any time herein.

22. Documents produced by Westchester Apartments, Inc., pursuant to a subpoena served by State Farm.

23. Report and resume of Peter McEnery of Murphy, McEnery and Co. and any documents referred to or relied upon therein.

24. Any document produced by Stanley Pore or Gulf Coast Claims Recovery.

25. Any document listed by Plaintiffs in their Initial Disclosures;

26. Any document produced during discovery;

27. Transcripts of any depositions taken in this proceeding;

28. Any exhibits to a deposition taken in this proceeding;

29. Any pleadings filed in this matter;

30. Any exhibit listed by Plaintiffs;

31. Any and all demonstrative exhibits and/or aides.

958026v.1

As discovery is ongoing, State Farm reserves the right to amend and supplement this list.

Dated: January 4, 2009.

Respectfully submitted,

/s/ Lauren E. Godshall
Douglas J. Cochran, T.A. 20751
   Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
One American Place, Suite 1150
301 Main Street
Baton Rouge, Louisiana  70825
Telephone:  (225) 490-5813

Wayne J. Lee, 7916
Lauren E. Godshall, 31465
   Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for State Farm Fire and Casualty Company

### C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Second Amended Witness and Exhibit List has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing or by placing same in the United States mail, postage prepaid and properly addressed, this 4th day of January, 2009.

/s/ Lauren E. Godshall