UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PONTCHARTRAIN GARDENS, INC., VIPER INVESTMENTS, L.L.C., JOHN F. FAYARD, JR., AND OTIS W. FAVRET, JR., | CIVIL ACTION<br><br>NO. 07-7965<br><br>SECTION "R" (1) |
| Plaintiffs | |
| | JUDGE VANCE |
| VERSUS | |
| | MAGISTRATE SHUSHAN |
| STATE FARM GENERAL INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | |
| Defendant | |

**STATE FARM FIRE AND CASUALTY COMPANY'S**
**WITNESS LIST**

Defendant State Farm Fire and Casualty Company ("State Farm"), appearing herein through undersigned counsel, submits the following Witness List:

I. WITNESS LIST

State Farm may call the following witnesses at trial:

1. John F. Fayard

2. Rob Foley

961540v.1

- 2 -

    3.    Chris Trimble

    4.    Neil May

    5.    Tom Dilday

    6.    Charlie Mesterharm

    7.    John Goddard

    8.    Joe Ben Forston

    9.    Chris Lapinskie

    10.    Any witness listed or called by Plaintiffs.

Dated: January 14, 2009.

    Respectfully submitted,

    */s/ Lauren E. Godshall*
    Douglas J. Cochran, 20751
        Of
    STONE PIGMAN WALTHER
     WITTMANN L.L.C.
    One American Place, Suite 1150
    301 Main Street
    Baton Rouge, Louisiana 70825
    Telephone: (225) 490-5813

    Wayne J. Lee, 7916
    John M. Landis, T.A., 7958
    Lauren E. Godshall, 31465
        Of
    STONE PIGMAN WALTHER
     WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Telephone: (504) 581-3200
    Facsimile: (504) 581-3361

    Attorneys for State Farm Fire and Casualty Company

- 3 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Witness List has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing or by placing same in the United States mail, postage prepaid and properly addressed, this 14th day of January, 2009.

*/s/ Lauren E. Godshall*

- 3 -

961540v.1