**MINUTE ENTRY**
**March 9, 2009**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**JUDGE DONALD E. WALTER**

---

| | |
|---|---|
| PONTCHARTRAIN GARDENS, INC., VIPER INVESTMENTS, LLC | CIVIL ACTION NO: 07-7965 |
| VERSUS | JUDGE DONALD E. WALTER |
| STATE FARM GENERAL INSURANCE CO., STATE FARM FIRE AND CASUALTY CO. | MAGISTRATE SHUSHAN |

---

Plaintiffs and Defendants are hereby ordered to submit a bill of costs, including the date each cost was incurred. This information shall be submitted on or before Friday, March 20, 2009.

*/s/ DEW*