UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN GARDENS, INC., VIPER INVESTMENTS, L.L.C., JOHN F. FAYARD, JR., AND OTIS W. FAVRET, JR., | * * * * | CIVIL ACTION<br><br>NO. 07-7965 |
| Plaintiffs | * * | JUDGE WALTER |
| VERSUS | * * | MAGISTRATE SHUSHAN |
| STATE FARM GENERAL INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | * * * * | |
| Defendant | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT**

This matter came before the Court for trial by jury on previous days. Considering the record, the answers by the jury to the Interrogatories propounded by the Court, the post-trial briefs submitted by the parties on this issue of costs, and the law;

IT IS ORDERED that there be judgment in favor of Plaintiffs, Pontchartrain Gardens, Inc. and Viper Investments, L.L.C., against Defendant, State Farm Fire and Casualty Company, in the amount of TWO THOUSAND ONE HUNDRED and NO/100 ($2,100.00) DOLLARS for business personal property loss, together with interest from date of judicial demand until paid.

IT IS FURTHER ORDERED that the United States Clerk of Court allow all taxable costs as follows:

(1) Plaintiffs, Pontchartrain Gardens, Inc. and Viper Investments, L.L.C., shall be entitled to recover twenty-five percent of their taxable costs incurred before January 27, 2009; and

(2) Defendant, State Farm Fire and Casualty Company, shall be entitled to recover all of its taxable costs incurred after January 27, 2009.

\_\_\_\_Shreveport\_\_\_\_, Louisiana, this 30th day of June, 2009.

Donald E. Walter, United States District Judge

966814v.2