UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PONTCHARTRAIN GARDENS, INC.,           CIVIL ACTION NO: 07-7965
VIPER INVESTMENTS, LLC, JOHN F.
FAYARD, JR., AND OTIS W. FAVRET, JR.

VERSUS                                                JUDGE DONALD E. WALTER

STATE FARM GENERAL INSURANCE CO.,
AND STATE FARM FIRE AND CASUALTY
INSURANCE CO.

**ORDER**

Before the Court is a Motion for Judgment as a Matter of Law or Alternatively, Motion for New Trial filed by Plaintiffs. [Doc. #211].

Upon due consideration, **IT IS ORDERED**, that Plaintiffs' motion is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 19th day of August, 2009.

_____
DONALD E. WALTER
UNITED STATES DISTRICT COURT