UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PONTCHARTRAIN GARDENS, INC.,           CIVIL ACTION NO: 07-7965
VIPER INVESTMENTS, LLC, JOHN F.
FAYARD, JR., AND OTIS W. FAVRET, JR.

VERSUS                                             JUDGE DONALD E. WALTER

STATE FARM GENERAL INSURANCE CO.,
AND STATE FARM FIRE AND CASUALTY
INSURANCE CO.

## ORDER

Before the a Renewed Motion for Judgment as a Matter of Law Regarding Business Personal Property Claim filed by Defendants. [Doc. #212].

Upon due consideration, **IT IS ORDERED**, that Defendants' motion is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 19th day of August, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT COURT