```
                    FILED
               U.S. DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA

               2009 SEP 22  PM 3: 39

               LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN GARDENS, INC., ET AL | * | CIVIL ACTION |
| | * | |
| | * | NO. 07-7965 |
| versus | * | |
| | * | JUDGE DONALD WALTER |
| STATE FARM GENERAL INSURANCE COMPANY, ET AL | * | |
| | * | MAGISTRATE 1 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## BILL OF COSTS

Judgment having been entered in the above entitled action on February 17, 2009 against State Farm Fire and Casualty Company, the Clerk is requested to tax the following as costs:

Fees of the Clerk ............................................................................................. $285.00 ✓

Fees for service of summons and subpoena ..................................................... 50.00 ✓

Fees of the court reporter for all or any part of the transcript necessarily
obtained for use in the case ............................................................................. 8,932.75 ✓

Fees for witnesses (see attached itemization) ............................................. ~~5,204.69~~ 1,168.39 ✓

Fees for exemplification and copies of papers necessarily obtained for
use in the case ................................................................................................. 2,108.50 ✓

Other costs – **per order of June 30, 2009 75% of above deducted,
as only 25% recoverable** (Exh. A, Judgment, Rec. doc. 208) .................... ~~12,435.70~~

TOTAL ............................................................................................................ ~~$4,145.24~~

1

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

Attached as Exh. B, *in globo*, are checks and receipts for each item of expense.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties via electronic service by e-mail as set forth below, on the 9th day of September, 2009:

John M. Landis
Stone, Pigman, Walther, Wittman, L.L.C.
jlandis@stonepigman.com

Douglas J. Cochran
Stone, Pigman, Walther, Wittman, L.L.C.
dcochran@stonepigman.com

Lauren E. Godshall
Stone, Pigman, Walter, Wittman, L.L.C.
lgodshall@stonepigman.com

Attorneys for Defendant, State Farm Fire and Casualty Insurance Company

Respectfully submitted,

*/s/ Edward F. Downing, III*

EDWARD F. DOWNING, III (Bar #1339)
BRIAN J. HOUGHTALING (Bar #30258)
**Gauthier, Houghtaling & Williams, LLP**
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600

Costs are taxed in the amount of $ 3,136.16 and included in the judgment.

_Loretta G. Whyte_  By: _____  9/22/2009
Clerk of Court            Deputy Clerk                Date

2

**Fees for Witnesses**

| Date | Witness | Days | Mileage | Total |
|---|---|---|---|---|
| 12/15/08 | Stan Pore<br>76 Shady Lane<br>Slidell, LA  70461 | 1 @ $40.00 | 41.94 @ $.50.5 | $    82.36 |
| 1/7/09 | Chris Trimble<br>3128 Singletary Drive<br>Baton Rouge, LA  70809 | 1 @ $40.00 | 154.18 @ $.50.5 | 117.86 |
| 1/7/09 | Patrick Heffley<br>148 Barbara<br>Slidell, LA  70460 | 1 @ $40.00 | 58 @ $.50.5 | 69.29 |
| 1/7/09 | Mike Zemke<br>250 Spinnaker Drive<br>Slidell, LA  70458 | 1 @ $40.00 | 60.48 @ $.50.5 | 70.54 |
| 1/7/09 | A.R. Blossman, III<br>69164 Hwy. 59, Suite 4<br>Mandeville, LA  70471 | 1 @ $40.00 | 85.16 @ $.50.5 | 83.00 |
| 1/7/09 | William P. Miles<br>230 Bigner Road<br>Mandeville, LA  70471 | 1 @ $40.00 | 76.02 @ $.50.5 | 78.40 |
| 1/7/09 | Joe Fortson<br>536 Old Highway 11<br>Lumberton, MS  39455 | 1 @ $40.00 | 188 @ $.50.5 | 134.94 |
| 1/7/09 | State Farm Fire & Casualty Ins. | 1 @ $40.00 | | 40.00 |
| 2/23/08 | Professional Loss Consultants – Deposition Prep and Deposition Fee (incurred 12/12/08) | | | ~~2,600.00~~ |
| 2/23/08 | Professional Loss Consultants – Revised Estimate (incurred 12/12/08) | | | ~~675.00~~ |
| 12/30/08 | William P. Miles – Deposition Fee (incurred 12/29/08) | | | ~~875.00~~ |
| 3/3/09 | Slidell Roofing, Inc. – Deposition Fee and Mileage (incurred 12/4/08) | | | ~~378.30~~ |
| | TOTAL | | | ~~$5,204.69~~ |

*[handwritten annotations in right margin:]* 40.00, 240.00, Travel, 40.00, +50, 40+, 82, $1,168.39